UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEAN T. AMMONS HARRIS, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BILL GATES, et al., ) <br> ) <br> Defendants. ) | No. 1:23-cv-00215-JMS-MJD |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** against Plaintiff and in favor of Defendants. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

Date: 3/9/2023

Roger A.G. Sharpe, Clerk

BY: _____Pam Pope_____
Deputy Clerk, U.S. District Court

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

JEAN T. AMMONS HARRIS
5651 Rawles Avenue
Indianapolis, IN 46219